

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00305-CV

**IN THE INTEREST OF S.E.W.**, a Child

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CVW-1500492
Honorable Jennifer Dillingham, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against appellant.

SIGNED September 18, 2024.

_____
Beth Watkins, Justice